

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00222-CR

---

CHRISTIAN ANGEL ZUBIA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-2022I-141, Honorable Roland D. Saul, Presiding

---

April 19, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Christian Angel Zubia, appealed his conviction for murder[1] and sentence to seventy years inprisonment. On March 27, 2024, we remanded the cause to the trial court after Appellant's counsel failed to timely file a brief. While on remand, Appellant filed a motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no

---

[1] *See* TEX. PENAL CODE ANN. § 19.02.

decision of the Court has been delivered, we reinstate the appeal and grant Appellant's motion.  The appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.